BORIS FELDMAN, State Bar No. 128838
JEROME F. BIRN, JR., State Bar No. 128561
BENJAMIN M. CROSSON, State Bar No. 247560
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: boris.feldman@wsgr.com
Email: jbirn@wsgr.com
Email: bcrosson@wsgr.com

Attorneys for Defendants TrueCar, Inc., Scott Painter, Michael Guthrie, Abhishek Agrawal, Todd Bradley, Robert Buce, Christopher Claus, Steven Dietz, Thomas Gibson, John Krafcik, John Pierantoni, and Ion Yadigaroglu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NING SHEN AND WILLIAM FITZPATRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUECAR, INC., SCOTT PAINTER, MICHAEL GUTHRIE, ABHISHEK AGRAWAL, TODD BRADLEY, ROBERT BUCE, CHRISTOPHER CLAUS, STEVEN DIETZ, THOMAS GIBSON, JOHN KRAFCIK, JOHN PIERANTONI, ION YADIGAROGLU, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, COWEN AND COMPANY, LLC, JMP SECURITIES LLC and MORGAN STANLEY & CO., LLC,<br><br>Defendants. | CASE NO.: 2:15-cv-06270-R-PJW<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint served:<br>Current response date: September 1, 2015<br>New response date: October 1, 2015 |

Pursuant to Civil Local Rule 8-3, Plaintiffs Ning Shen and William Fitzpatrick, by and through their counsel, and Defendants TrueCar, Inc. ("TrueCar"), Scott Painter, Michael Guthrie, Abhishek Agrawal, Todd Bradley, Robert Buce, Christopher Claus, Steven Dietz, Thomas Gibson, John Krafcik, John Pierantoni, and Ion Yadigaroglu (collectively, the "TrueCar Defendants") hereby stipulate to the following:

WHEREAS, on August 11, 2015, Plaintiffs filed a complaint in the Superior Court of California for the County of Los Angeles, alleging securities class action claims arising under Sections 11 and 15 of the Securities Act of 1933 (the "Complaint");

WHEREAS, on August 18, 2015, the TrueCar Defendants removed this action to federal court pursuant to 28 U.S.C. § 1441(a);

WHEREAS, as a result of the TrueCar Defendants' August 18, 2015 removal of this action, Defendants' deadline to respond to the Complaint is September 1, 2015;

WHEREAS, no prior extensions of time have been granted with respect to Defendants' obligation to respond to the complaint; and

WHEREAS, pursuant to Local Rule 8-3, the parties may stipulate without Court approval to extend the time to respond to the complaint for a cumulative total of thirty (30) days from the date the response initially would have been due;

NOW, THEREFORE, counsel for the TrueCar Defendants and counsel for Plaintiffs stipulate and agree to the following:

1. Pursuant to Civil Local Rule 8-3, Defendants' deadline to respond to the Complaint is extended until October 1, 2015.
2. Neither the existence nor filing of this stipulation, the terms thereof, nor the entry of any party into this stipulation may be used as evidence either in support of or against any argument or defense that the parties may later

make or raise, including arguments in connection with the parties' claims or defenses, including but not limited to personal jurisdiction.

IT IS SO STIPULATED.

Dated: September 1, 2015      WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation

By: /s/ Jerome F. Birn, Jr.
            Jerome F. Birn, Jr.

650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 493-9300

*Attorneys for Defendants TrueCar, Inc., Scott Painter, Michael Guthrie, Abhishek Agrawal, Todd Bradley, Robert Buce, Christopher Claus, Steven Dietz, Thomas Gibson, John Krafcik, John Pierantoni, and Ion Yadigaroglu*

Dated:  September 1, 2015      GLANCY, PRONGAY AND MURRAY LLP

By: /s/ Robert V. Prongay
           Robert V. Prongay

Robert V. Prongay
Casey E. Sadler
Elaine Chang
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
echang@glancylaw.com

*Attorneys for Plaintiffs Ning Shen and William Fitzpatrick*

### **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.